UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A MISSUD, | No. C-11-03567 (DMR) |
| Plaintiff, | **ORDER RE PLAINTIFF'S DISCOVERY LETTER** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |
| _____/ | |

Plaintiff has submitted a letter updating the court on the status of discovery in this case. The court notes that it appears that Defendants have not yet been joined in the action. The court therefore finds Plaintiff's discovery request not ripe and dismisses it without prejudice.

IT IS SO ORDERED.

Dated: September 1, 2011

*DENIED WITHOUT PREJUDICE*
*Judge Donna M. Ryu*

_____
DONNA M. RYU
United States Magistrate Judge