**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
9   PATRICK A MISSUD,                        No. C-11-3567 DMR
10              Plaintiff,              **ORDER CONTINUING INITIAL CASE**
                                        **MANAGEMENT CONFERENCE**
11        v.
12  STATE OF NEVADA, *et al.*,
13              Defendants.
    _____/
14
15        The Initial Case Management Conference previously scheduled for October 26,
16  2011 at 1:30 p.m. is hereby CONTINUED to **November 30, 2011 at 1:30 p.m.**, Courtroom 4, 3rd
17  Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management
18  Statement is due no later than **November 23, 2011.**  Immediately upon receipt of this Order,
19  Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the Court.
20
21        IT IS SO ORDERED.
22
23  Dated:  October 17, 2011
24                                          _____
25                                          DONNA M. RYU
                                            United States Magistrate Judge
26
27
28