UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A MISSUD,

        Plaintiff(s),

    v.

NEVADA STATE OF,

        Defendant(s).
_____/

No. C-11-03567 DMR

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

      The Initial Case Management Conference previously scheduled for January 11, 2012 has been CONTINUED to **January 26, 2012 at 11:00 a.m.**  The Case Management Statement is due no later than **January 19, 2012.**  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled conference.  Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the Court.

      IT IS SO ORDERED.

Dated: December 22, 2011

_____
DONNA M. RYU
United States Magistrate Judge