**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A MISSUD,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>SEC,<br>　　　　　Defendant(s).<br>_____/ | No. C-12-00161 DMR<br><br>**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference for the above-captioned case, which the court severed from *Missud v. State of Nevada*, No. C-11-3567-EMC, is set for **January 26, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than January 19, 2012**.**

IT IS SO ORDERED.

Dated: January 10, 2012

_____
DONNA M. RYU
United States Magistrate Judge