United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A MISSUD,

      Plaintiff(s),

   v.

SEC,

      Defendant(s).

_____/

No. C-12-00161 DMR

**ORDER MOVING INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

     The Initial Case Management Conference previously scheduled for January 26, 2012 at 1:30 p.m. has been moved to **January 26, 2012 at 11:00 a.m.**

     IT IS SO ORDERED.

Dated:  January 19, 2012

_____
DONNA M. RYU
United States Magistrate Judge