UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A MISSUD,<br><br>        Plaintiff(s),<br><br>   v.<br><br>SEC,<br><br>        Defendant(s). | No. C-12-00161 DMR<br><br>**ORDER MOVING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for January 26, 2012 at 1:30 p.m. has been moved to **January 26, 2012 at 11:00 a.m.**

IT IS SO ORDERED.

Dated: January 19, 2012

DONNA M. RYU
United States Magistrate Judge