**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A MISSUD,

           Plaintiff(s),

     v.

SEC,

           Defendant(s).

_____/

No. C-12-00161 DMR

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

     The Initial Case Management Conference previously scheduled for January 26, 2012 has been CONTINUED to **March 22, 2012 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

     IT IS SO ORDERED.

Dated: January 24, 2012

_____
DONNA M. RYU
United States Magistrate Judge