**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11    PATRICK A MISSUD,                              No. C-12-00161 DMR

12              Plaintiff(s),              **ORDER FOR CLARIFICATION**

13          v.

14    SEC,
                Defendant(s).
15    _____/

16

          Defendants in this matter filed a motion to dismiss on January 23, 2012.  [Docket No. 61.]
17
      The following day, Plaintiff filed several documents with an attached proposed order to dismiss
18
      Defendants' motion.  [Docket No. 62.]  The court orders Plaintiff to clarify by January 25, 2012 as
19
      to whether these submissions shall constitute his opposition papers to Defendants' motion.
20

21
          IT IS SO ORDERED.
22

23
      Dated:  January 24, 2012
24

25                                          _____
                                            DONNA M. RYU
26                                          United States Magistrate Judge

27

28