UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A MISSUD,　　　　　　　　　　　　　No. C-12-00161 DMR

　　　　　Plaintiff(s),　　　　　　　　　　　　　**ORDER FOR CLARIFICATION**

　　v.

SEC,
　　　　　Defendant(s).
_____/

　　　　Defendants in this matter filed a motion to dismiss on January 23, 2012.  [Docket No. 61.] The following day, Plaintiff filed several documents with an attached proposed order to dismiss Defendants' motion.  [Docket No. 62.]  The court orders Plaintiff to clarify by January 25, 2012 as to whether these submissions shall constitute his opposition papers to Defendants' motion.

　　　　IT IS SO ORDERED.

Dated: January 24, 2012

_____
DONNA M. RYU
United States Magistrate Judge