**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA
10
11  PATRICK A MISSUD,                         No. C-12-00161 DMR
12          Plaintiff(s),                    **ORDER VACATING HEARING RE DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR LEAVE TO AMEND**
13      v.
14  SEC,
            Defendant(s).
15  _____/
16
17      After reading and considering the arguments presented by the parties, the court finds the pending matters appropriate for resolution without a hearing. *See* N.D. Cal. Civ. L. R. 7–1(b). Accordingly, the court hereby VACATES the scheduled hearing date of March 22, 2012.
18
19      IT IS SO ORDERED.
20
21
    Dated: March 19, 2012
22
                                                  _____
23                                                DONNA M. RYU
                                                  United States Magistrate Judge
24
25
26
27
28