UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A MISSUD,

        Plaintiff(s),

    v.

SEC,

        Defendant(s).

No. C-12-00161 DMR

**ORDER VACATING HEARING RE DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

After reading and considering the arguments presented by the parties, the court finds the pending matters appropriate for resolution without a hearing. *See* N.D. Cal. Civ. L. R. 7–1(b). Accordingly, the court hereby VACATES the scheduled hearing date of March 22, 2012.

IT IS SO ORDERED.

Dated: March 19, 2012

DONNA M. RYU
United States Magistrate Judge