**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A MISSUD,                                    No. C-12-00161 DMR

        Plaintiff(s),                        **ORDER VACATING INITIAL CASE
                                                     MANAGEMENT CONFERENCE**

   v.

SEC,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Initial Case Management Conference previously scheduled for March 22, 2012 has been

VACATED.

    IT IS SO ORDERED.


Dated:  March 20, 2012

                                  _____
                                  DONNA M. RYU
                                  United States Magistrate Judge