**United States District Court**
For the Northern District of California

1
2
3
4
5
6                   UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8
9    PATRICK A MISSUD,                    No. C-12-00161 DMR

10              Plaintiff(s),            **ORDER VACATING INITIAL CASE
                                          MANAGEMENT CONFERENCE**
11          v.

12   SEC,

                Defendant(s).
13   _____/

14
     TO ALL PARTIES AND COUNSEL OF RECORD:
15
            The Initial Case Management Conference previously scheduled for March 22, 2012 has been
16
     VACATED.
17
            IT IS SO ORDERED.
18

19
     Dated:  March 20, 2012
20
                                          _____
21                                        DONNA M. RYU
                                          United States Magistrate Judge
22

23

24

25

26

27

28