United States District Court
For the Northern District of California

1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   PATRICK A MISSUD,                          No. C 12-00161 DMR

12            Plaintiff(s),              **ORDER DENYING PLAINTIFF'S**
                                         **MOTION FOR RECONSIDERATION**
13        v.

14   SEC,

15            Defendant(s).
                                                        /
16

17        Plaintiff has filed a motion for reconsideration of two orders in *Missud v. San Francisco*

18   *Superior Court*, No. 12-3117 WHA (N.D. Cal. filed June 18, 2012).  [Docket No. 154.]  The

19   undersigned, however, is not the presiding judge in that case and therefore does not have jurisdiction

20   to entertain challenges to those orders.  The court denies Plaintiff's motion.

21

22        IT IS SO ORDERED.

23

24   Dated:  October 12, 2012

25                                       
                                         _____
26                                       DONNA M. RYU
                                         United States Magistrate Judge
27

28