UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A MISSUD,<br><br>  Plaintiff(s),<br><br>  v.<br><br>SEC,<br><br>  Defendant(s).<br>_____/ | No. C 12-00161 DMR<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** |

Plaintiff has filed a motion for reconsideration of two orders in *Missud v. San Francisco Superior Court*, No. 12-3117 WHA (N.D. Cal. filed June 18, 2012). [Docket No. 154.] The undersigned, however, is not the presiding judge in that case and therefore does not have jurisdiction to entertain challenges to those orders. The court denies Plaintiff's motion.

IT IS SO ORDERED.

Dated: October 12, 2012

DENIED

_____
DONNA M. RYU
United States Magistrate Judge