UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A MISSUD,

        Plaintiff(s),

  v.

SEC,

        Defendant(s).

No. C 12-00161 DMR

**ORDER DENYING PLAINTIFF'S MOTIONS AS MOOT**

Before the court are Plaintiff Patrick Missud's Motion to Recuse, [Docket No. 149], and Second Motion for Reconsideration of the court's April 11, 2012 order dismissing this case with prejudice, [Docket No. 79]. [Docket No. 156.] During the pendency of these motions, the Court of Appeals for the Ninth Circuit summarily affirmed this court's judgment. *Missud v. SEC*, No. 12-16602 (9th Cir. Oct. 15, 2012). The court therefore dismisses the motions as moot. *See Bhatia v. United States*, Nos. C 07-5583 CW; CR 04-40071 CW, 2011 WL 6148754, at *1 (N.D. Cal. Dec. 8, 2011); *Wood v. Idaho Dep't of Corrs.*, No. CV-04-99, 2007 WL 1381786, at *16 (D. Idaho Mar. 28, 2007).

IT IS SO ORDERED.

Dated: October 15, 2012

_____
DONNA M. RYU
United States Magistrate Judge